**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE:<br><br>**LOPEZ, PETE**<br><br>**Debtor** | **CASE NO. 09-31511**<br><br>**CHAPTER 13** |

**EX PARTE MOTION FOR FOURTH EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN PURSUANT TO BANKRUPTCY RULE 1007 AND L. RULE 1007**

**TO THE HONORABLE LEIF CLARK, UNITED STATES BANKRUPTCY JUDGE:**

Now comes **Pete Lopez**, Debtor in the above entitled and numbered case by and through Sidney J. Diamond of Sidney Diamond, P.C., his attorney of record and files this Ex Parte Motion For Fourth Extension Of Time To File Schedules, Statement Of Financial Affairs, and Chapter 13 Plan Pursuant To Bankruptcy Rule 1007 And L. Rule 1007 and would respectfully show the Court the following:

1. A Voluntary Petition For Relief was filed herein on July 15, 2009.

2. That the Voluntary Petition was accompanied by a list of all of the Debtor's creditors and their addresses which meets the requirement of Bankruptcy Rule 1007.

3. There have been three prior requests for an extension of time within which to file schedules and statements.

4. That the time to file schedules and statements will expire on September 10, 2009.

5. That the Debtor is unable to prepare and file Schedules, Statement Of Financial Affairs and Chapter 13 Plan required by Bankruptcy Rule 1007 within the prescribed time, and require additional time to prepare such documents. Debtor's attorney is awaiting critical loan and other important documents needed to complete schedules.

6. That the Debtor seeks an extension of time until September 24, 2009 to prepare and file Schedules, Statement Of Financial Affairs and Chapter 13 Plan.

**WHEREFORE, THE DEBTORS PRAY:**

1. For an Order extending the time to file Schedules, Statement of Financial Affairs and Chapter 13 Plan until September 24, 2009; and,

2. For such other and further relief as the Debtors may show themselves to be justly entitled.

**DATED:** September 14, 2009.

               Respectfully submitted,

               SIDNEY DIAMOND, P.C.

                /s/ Sidney J. Diamond
             By: Sidney J. Diamond
              Attorney for Debtor
              Texas Bar Card No.: 5803000
              3800 N. Mesa, Suite C-4
              El Paso, Texas 79902
              (915) 532-3327 Voice
              (915) 532-3355 Fax
              sidney@sidneydiamond.com

# **CERTIFICATE OF SERVICE**

      I, Sidney J. Diamond, do hereby certify that on September 14, 2009, a true and correct copy of the foregoing Ex-Parte Motion for Third Extension of Time to File Schedules, Statement of Financial Affairs and Chapter 13 Plan Pursuant to Bankruptcy Rule 1007 and L. Rule 1007 was served, by depositing the same in the United States Mail, properly addressed and postage prepaid, to the following parties:

**THE DEBTOR:**

Pete Lopez
212 Joy St.
Los Angeles, CA 90042

**UNITED STATES TRUSTEE:**

Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

**THE CHAPTER 13 TRUSTEE:**

Stuart M. Cox
Lee Trevino
El Paso, TX 79936

**THE CHAPTER 7 TRUSTEE:**

J. Marshall Miller
2731-A Montana Ave.
El Paso, TX 79903-3799


                                      /s/ Sidney J. Diamond
                                      Sidney J. Diamond