**SO ORDERED.**

**SIGNED this 22nd day of September, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

# United States Bankruptcy Court
### Western District of Texas
### El Paso Division

| | |
|---|---|
| IN RE | BANKR. CASE NO. |
| PETE LOPEZ | 09-31511 |
| *DEBTOR* | CHAPTER 13 |

### ERRATA ORDER CORRECTING DECISION AND ORDER DENYING MOTION FOR EXTENSION

It is hereby ORDERED that the Decision and Order Denying Motion for Extension [Docket No. 18], be amended as follows:

1. Page 2, Line 4 from the bottom stating:

    "intends tha ta case is to stand..."

    Be corrected to:

    "intends that a case is to stand..."

2. Page 3, footnote 3, last line stating:

    "an order for an automatic discharge. Yet if the discharge were truly automatic..."

    Be corrected to:

    "an order for an automatic discharge [sic] [dismissal]. Yet if the discharge [sic] [dismissal] were truly automatic..."

3. Page 5, Line 6 from the top stating:

    "other words, if noone moves for an order..."

    Be corrected to:

    "other words, if no one moves for an order..."

4. Page 5, Line 3 from the bottom stating:

    "has not yet got a round tuit. That is not good enough."

    Be corrected to:

    "has not yet got around to it. That is not good enough."

# # #